UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-43318-SPS |
|---|---|---|
| | § | |
| MILLICENT ALEXANDER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/05/2011, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/23/2011        By:  /s/ David P. Leibowitz
                                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 09-43318-SPS
§
MILLICENT ALEXANDER §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $8,342.04
*and approved disbursements of* $1,051.05
*leaving a balance on hand of[1]:* $7,290.99

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $7,290.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,479.07 | $0.00 | $1,479.07 |
| David Leibowitz, Trustee Expenses | $66.56 | $0.00 | $66.56 |

Total to be paid for chapter 7 administrative expenses: $1,545.63
Remaining balance: $5,745.36

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Remaining balance: | $5,745.36 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $5,745.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,681.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Illinois Bell Telephone Company | $4,510.79 | $0.00 | $3,373.82 |
| 2 | Mayer Service Company | $39.90 | $0.00 | $29.84 |
| 3 | Commonwealth Edison Company | $1,235.89 | $0.00 | $924.38 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank | $1,894.95 | $0.00 | $1,417.32 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $5,745.36 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |

UST-Form 101-7-NFR (10/1/2010)

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: preed                  Page 1 of 1                   Date Rcvd: Feb 24, 2011
Case: 09-43318                 Form ID: pdf006              Total Noticed: 31

The following entities were noticed by first class mail on Feb 26, 2011.
db          +Millicent Alexander,    6426 S Oakley,    Chicago, IL 60636-2422
aty          Carrie A Zuniga,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
aty         +John Eggum,   LakeLaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
aty         +Jonathan T Brand,    Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14727438    +AT&T,    P O Box 8100,    Aurora, IL 60507-8100
14727497    +Academy Collections,    10965 Decatur Rd,    Philadelphia, PA 19154-3210
14727498     Advocate Christ,    4440 W 95th,    Chicago, IL 60636
14727496    +Boudreau and Assoc,    5 Industrial Way,    Salem, NH 03079-4890
14727499    +Christ Hospital,    P O Box 70508,    Chicago, IL 60673-0508
14727502    +Christ Med Group,    701 Lee St,    Des Plaines, IL 60016-4539
14727510    +Citi Card,    P O Box 45129,    Jacksonville, FL 32232-5129
14727440    +City of Chicago,    121 N LaSalle 107A,    Chicago, IL 60602-1232
14727439    +City of Chicago,    P O Box 6330,    Chicago, IL 60680-6330
14727441     City of Chicago,    Parking,    Chicago, IL 60602
14727436     ComEd,    Bankruptcy Dept,    Carol Stream, IL 60197
14727508     Dubauge Parking Div,    830 Bldg O,    Dubuque, IA
14727512    +Gregory Norman,    5730 W Huron,    Chicago, IL 60644-1011
14727507    +Holy Cross Hosp,    P O Box 739,    Moline, IL 61266-0739
14727504    +Home Loan Service,    150 Allegheny,    Pittsburg, PA 15202-1402
14727506    +IS Franklin Mtg,    Pierce & Assoc,    1 North Dearborn,    Chicago, IL 60602-4373
15110779    +Illinois Bell Telephone Company,    c/o AT&T Attorney, James Grudus Esq,    AT&T Inc.,
              One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2694
14727511    +Loretta P Marshall,    5730 W Huron,    Chicago, IL 60644-1011
14727500    +Mayer Service Company,    Financial Control Solutions,    P O BOX 668,    Germantown, WI 53022-0668
14727505    +Nations Recovery Center,    6491 Peachtree,    Atlanta, GA 30380-0001
14727501    +Oaklawn RFadiology,    37241 Eagleway,    Chicago, IL 60678-1372
14727509    +PRA Receivables,    P O Box 41067,    Norfolk, VA 23541-1067
15269846    +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
14727437    +People Gas,    Bankruptcy Dept,    Chicago, IL 60687-0001
14727435     Wells Fargo,    7258 Baymeadows Way,    Jacksonville, FL 32256
The following entities were noticed by electronic transmission on Feb 24, 2011.
15241220    +E-mail/Text: legalcollections@comed.com                         Commonwealth Edison Company,
              Bankruptcy Department,    3 Lincoln Center,    Oakbrook Terrace, IL 60181-4204
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14727503     WLS for,   HMTG
aty*        +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
15582913*   +Millicent Alexander,    6426 S Oakley,    Chicago, IL 60636-2422
                                                                                             TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 26, 2011**                    **Signature:** *Joseph Speetjens*